IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JUAN OQUENDO,**

    **Plaintiff,**

**v.**                                                Case No. 3:25-cv-681-AW-HTC

**CAPTAIN WHITE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 19), to which there has been no objection. I incorporate the report and recommendation into this order.

The motion for an injunction (ECF No. 17) is DENIED.

The magistrate judge will conduct further appropriate proceedings

SO ORDERED on October 8, 2025.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge