IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUAN OQUENDO,

      Plaintiff,

v.                                                    Case No. 3:25-cv-681-AW-HTC

CAPTAIN WHITE, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a pro se prisoner, sued multiple defendants over alleged excessive force. He brings state and federal claims. There is a pending motion to dismiss that raises, among other things, exhaustion. ECF No. 37. Plaintiff did not respond to the motion.

In a thorough report and recommendation, the magistrate judge concludes the court should dismiss the federal claims without prejudice for lack of exhaustion and should decline to exercise supplemental jurisdiction over the remaining state-law claims. ECF No. 49. Plaintiff has not filed any objection to the report and recommendation.

After careful consideration, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 37) is GRANTED. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice." The clerk will then close the file.

1

SO ORDERED on April 10, 2026.

s/ *Allen Winsor*
Chief United States District Judge